■ In the Matter of VINCENT C. INGIANNI, Appellant. ESTHER MARTINSON, Respondent.— In a habeas corpus proceeding concerning the custody of the child of the parties, the appeal is from an order dismissing the writ and awarding custody of the child to respondent. Order unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.